# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3221
_____

Reginald L. Dunahue

*Plaintiff - Appellant*

v.

William F. Straughn, Deputy Director, ADC; Maurice Culclager, Warden,
Brickeys, ADC; C. Johnson, Assistant Warden, Brickeys Max, ADC;
Marcus Etherly, Captain, Brickeys Max, ADC; Richardson, Assistant Warden,
Brickeys Max, ADC; Stephanie Palmer, Sgt., Brickeys Max, ADC;
White, Sgt., Brickeys Max, ADC; Westbrook, Sgt., Brickeys Max, ADC;
Tyrone Allison, Sgt./Major, Brickeys Max, ADC; Erma Bell, Captain, Brickeys
Max, ADC; James Shipman, Warden, Brickeys, ADC; Moses Jackson, Warden,
Brickeys Max, ADC; Swiney, Captain, Brickeys Max, ADC;
Dexter Payne, Director, ADC

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas
_____

Submitted: April 16, 2024
Filed: April 19, 2024
[Unpublished]
_____

Before BENTON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

In this pro se 42 U.S.C. § 1983 action, Reginald Dunahue appeals the district court's[1] orders dismissing some of his claims for improper joinder and granting summary judgment on the remaining claims. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. *See Strandlund v. Hawley*, 532 F.3d 741, 745 (8th Cir. 2008) (reviewing dismissal for misjoinder under abuse of discretion standard); *Townsend v. Murphy*, 898 F.3d 780, 783 (8th Cir. 2018) (reviewing grant of summary judgment de novo). Accordingly, we affirm the judgment of the district court, *see* 8th Cir. R. 47B, and we deny Dunahue's motion for appointment of counsel as moot.

_____

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the recommended disposition of the Honorable Edie R. Ervin, United States Magistrate Judge for the Eastern District of Arkansas.